# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    Case No.  8:00-cr-468-T-30TBM

**NARGEL PAREDES**

_____

## ORDER

This cause came on for consideration upon Defendant's Notice of Motion for Immediate Deportation (Dkt. #336).  Upon review and consideration, the Court determines that this motion should be stricken.  Defendant does not cite any provision or case law which would give this Court jurisdiction to rule on such a motion once a Final Judgment has been rendered.  It is therefore

ORDERED AND ADJUDGED that Defendant's Notice of Motion for Immediate Deportation (Dkt. #336) is STRICKEN.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2000\00-cr-468.deportation 333.frm